# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEBSTER,<br><br>        Plaintiff,<br><br>v.<br><br>LOVE, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01640-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AS A NON-PRISONER<br><br>(ECF No. 17) |

      Plaintiff Thomas Webster ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

      Currently before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*, filed October 16, 2018. (ECF No. 17.) Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 17), is GRANTED.

IT IS SO ORDERED.

Dated:   **December 4, 2018**          /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE