# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEBSTER,<br><br>           Plaintiff,<br><br>   v.<br><br>LOVE, *et al.*,<br><br>           Defendants. | Case No. 1:18-cv-01640-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT NATALIE HASKINS TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(ECF No. 30)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY<br><br>**THIRTY (30) DAY DEADLINE** |

     Plaintiff Thomas Webster ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained under California Welfare Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

     On October 28, 2019, the Court found service of the first amended complaint appropriate as to Defendant Natalie Haskins for denial of adequate medical care in violation of the Fourteenth Amendment. (ECF No. 27.) On November 8, 2019, the Court ordered the United States Marshal to initiate service of process on Defendant Haskins. (ECF No. 29.)

///

1

On February 19, 2020, the United States Marshal filed a USM-285 form indicating that on February 18, 2020, Defendant Haskins was personally served at 1037 S. Chestnut Ave., Fresno, CA 93702. (ECF No. 30.) The deadline for the filing of Defendant Haskins' answer to the complaint was therefore March 11, 2020. Fed. R. Civ. P. 12(a)(1)(A)(i).

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant Haskins shall show cause why default should not be entered against her;
2. To facilitate the ability to comply with this order, Defendant Haskins' obligation to respond to the complaint is extended **thirty (30) days** from the date of service of this order; and
3. The Clerk's Office shall serve a courtesy copy of this order on Natalie Haskins, Director of Haskins House, 1037 S. Chestnut Ave., Fresno, California 93702.

IT IS SO ORDERED.

Dated: **March 13, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE