1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   THOMAS WEBSTER,                          Case No.  1:18-cv-01640-BAM (PC)

12                    Plaintiff,               ORDER LIFTING STAY OF PROCEEDINGS

13        v.                                   ORDER VACATING JUNE 5, 2020
                                               SETTLEMENT CONFERENCE AND MAY
14   LOVE, *et al.*,                           21, 2020 PRE-SETTLEMENT
                                               TELECONFERENCE
15                    Defendants.
                                               (ECF No. 34)
16

17        Plaintiff Thomas Webster ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained under

19   California Welfare Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners

20   within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140

21   (9th Cir. 2000).  This action proceeds against Defendant Haskins for denial of adequate medical

22   care in violation of the Fourteenth Amendment.  All parties have consented to Magistrate Judge

23   jurisdiction.  (ECF Nos. 22, 37.)

24        On April 2, 2020, the Court identified this case as an appropriate case for the post-

25   screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the

26   parties an opportunity to settle their dispute before the discovery process begins.  (ECF No. 34.)

27   The Court's order granted Defendant time to investigate and determine whether to opt out of the

28   post-screening ADR project.

1

1    On May 1, 2020, Defendant filed a notice of opt out and request to vacate settlement

2    conference.  (ECF No. 40.)  After review, the Court finds good cause to grant Defendant's

3    request.  Therefore, the stay is lifted, and the June 5, 2020, settlement conference and May 21,

4    2020 pre-settlement teleconference are vacated.  This case is now ready to proceed.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.    The stay of this action, (ECF No. 34), is LIFTED;

7    2.    The June 5, 2020 settlement conference is VACATED;

8    3.    The May 21, 2020 pre-settlement teleconference is VACATED; and

9    4.    The parties may proceed with discovery pursuant to the discovery and scheduling

10          order to be issued by separate order.

11

12   IT IS SO ORDERED.

13   Dated:    **May 4, 2020**                    /s/ *Barbara A. McAuliffe*
14                                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28