# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS WEBSTER,** | **CASE NO.: 1:18-cv-01640-BAM (PC)** |
| **Plaintiff,** | **ORDER TO RECAPTION CASE** |
| v. | |
| **HASKINS,** | |
| **Defendant.** | |

This action proceeds only against Defendant Haskins. Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated: __**May 4, 2020**__              /s/ *Barbara A. McAuliffe*              
                                         UNITED STATES MAGISTRATE JUDGE