# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEBSTER,<br><br>            Plaintiff,<br><br>    v.<br><br>HASKINS,<br><br>            Defendant. | Case No.  1:18-cv-01640-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT HASKINS TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCLOSURE OR DISCOVERY BY THE DEFENDANT<br><br>(ECF No. 59)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Thomas Webster ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained under California Welfare Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).  This action proceeds against Defendant Haskins for denial of adequate medical care in violation of the Fourteenth Amendment.  All parties have consented to Magistrate Judge jurisdiction.  (ECF Nos. 22, 37.)

Currently before the Court is Plaintiff's motion for an order compelling disclosure or discovery from Defendant Haskins, filed November 17, 2020.  (ECF No. 59.)  Pursuant to Local Rule 230(l), Defendant's opposition or statement of non-opposition was due on or before December 8, 2020.  Defendant has not filed a response.

1

The Court finds it appropriate to obtain a response from Defendant regarding the motion. Accordingly, Defendant Haskins shall file an opposition or statement of non-opposition to Plaintiff's motion within **twenty-one (21) days** from the date of service of this order. Plaintiff's reply, if any, is due within **seven (7) days** from the date of service of Defendant's response.

IT IS SO ORDERED.

Dated:   **December 11, 2020**          /s/ *Barbara A. McAuliffe*          
                                        UNITED STATES MAGISTRATE JUDGE