# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEBSTER,<br><br>           Plaintiff,<br><br>   v.<br><br>HASKINS,<br><br>           Defendant. | Case No. 1:18-cv-01640-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT DOCKET ENTRY FOR PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>**AMENDED** ORDER DIRECTING DEFENDANT HASKINS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO AMEND<br><br>(ECF No. 63)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

     Plaintiff Thomas Webster ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained under California Welfare Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). This action proceeds against Defendant Haskins for denial of adequate medical care in violation of the Fourteenth Amendment. All parties have consented to Magistrate Judge jurisdiction. (ECF Nos. 22, 37.)

     Pursuant to the Court's May 4, 2020 Discovery and Scheduling Order, and November 19, 2020 order granting Plaintiff's motion for extension of time, the deadline for all stipulated

amendments or motions to amend the pleadings was January 4, 2021.  (ECF Nos. 42, 60.)

On December 29, 2020, Plaintiff filed a proposed second amended complaint, which was lodged and entered on the Court's docket on January 4, 2021.  (ECF No. 63.)

Upon review of the document, it appears that the filing also includes Plaintiff's motion to amend the complaint, which was not reflected In the docket entry.  (ECF No. 63, p. 24.) Therefore, the Court will direct the Clerk of the Court to correct the docket entry and will also extend the deadline for Defendant to file an opposition or statement of non-opposition to Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to correct the docket entry for Plaintiff's lodged second amended complaint to convert the filing to a motion titled: "Motion to Amend and Lodged Second Amended Complaint";
2. Within **twenty-one (21) days** from the date of service of this order, Defendant shall file an opposition or statement of non-opposition in response to the motion to amend; and
3. Plaintiff's reply, if any, is due within **seven (7) days** from the date of service of Defendant's response.

IT IS SO ORDERED.

Dated:   **January 20, 2021**               /s/ Barbara A. McAuliffe            _
                                             UNITED STATES MAGISTRATE JUDGE