# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEBSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>HASKINS, *et al.*,<br><br>        Defendants. | Case No. 1:18-cv-01640-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 85)<br><br>ORDER CLARIFYING DEADLINE FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S OPPOSITION<br><br>**SEVEN (7) DAY DEADLINE** |

      Plaintiff Thomas Webster ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to the California Welfare and Institutions Code § 6600 *et seq.* are considered civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). This action proceeds against Defendant Haskins ("Defendant") for denial of adequate medical care in violation of the Fourteenth Amendment. All parties have consented to Magistrate Judge jurisdiction. (ECF Nos. 22, 37.)

      Defendant filed a motion for summary judgment March 15, 2021. (ECF No. 17.) On September 13, 2021, the Court issued an order resolving various pending discovery motions filed by Plaintiff, and directing Plaintiff to file his opposition to Defendant's motion for summary

judgment within twenty-one (21) days.  (ECF No. 84.)

On September 10, 2021, Plaintiff filed his opposition to Defendant's summary judgment motion, as well as a motion requesting permission to file his opposition to the summary judgment motion, although they were not docketed until September 13, 2021.  (ECF Nos. 83, 85.)  It appears that Plaintiff's filings have crossed in the mail with the Court's order.

Pursuant to these filings, the Court grants Plaintiff's motion to file his opposition to Defendant's motion for summary judgment, and accepts the opposition as timely filed pursuant to the Court's September 13, 2021 order.  **Plaintiff does not need to file another opposition in response to the Court's order**.

The Court also finds it appropriate to clarify the deadline for the filing of Defendant's reply brief, if any, in response to Plaintiff's opposition.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for permission to file an opposition to Defendant's motion for summary judgment, (ECF No. 85), is GRANTED
2. Plaintiff's opposition to Defendant's motion for summary judgment is accepted as timely filed; and
3. Defendant's reply in support of the motion for summary judgment, if any, is due within **seven (7) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 14, 2021**            /s/ Barbara A. McAuliffe            
UNITED STATES MAGISTRATE JUDGE

2